```
LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8932
    Facsimile:  (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN V. WHITSETT,<br><br>　　　Plaintiff,<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>　　　Defendant. | Case NO. 1:10-cv-1070 SKO<br><br>STIPULATION AND ORDER |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time to respond to Plaintiff's confidential settlement letter.  The current due date for the Commissioner's response is January 5, 2011.  The extension is needed because Defendant needs time to supplement the administrative record.  The new due date will be February 18, 2011.

　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

//

//

1

Respectfully submitted,

Dated: January 5, 2011

/s/*Young Cho*
(As authorized via telephone)
YOUNG CHO
Attorney for Plaintiff

Dated: January 5, 2011

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Upon the parties' stipulation, IT IS ORDERED that Defendant shall respond to Plaintiff's confidential settlement letter **by no later than February 18, 2011**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 6-1 ¶ 14.)

IT IS SO ORDERED.

**Dated:   January 19, 2011**                    /s/ **Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE