```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND CSBN 154575
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8932
        Facsimile: (415) 744-0134
7       E-Mail: JacquelineA.Forslund@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| GLENN V. WHITSETT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　Defendant. | CIVIL NO. 1:10-CV-01070-SKO<br><br>**STIPULATION AND ORDER** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

　　　The recording of the hearing held on January 22, 2008 cannot be located at this time. Upon receipt of the Court's order, the Appeals Council will continue to search for the missing recording. If the recording cannot be located within a reasonable time, the Appeals Council will remand this case to an

///

///

///

Administrative law Judge with instructions to hold a *de novo* hearing and issue a new decision.

                                            Respectfully submitted,

Dated: January 27, 2011          /s/ *Young C. Cho*
                                         (As authorized via email)
                                         YOUNG C. CHO
                                         Attorney for Plaintiff

Dated: January 28, 2011          BENJAMIN B. WAGNER
                                         United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/ *Jacqueline A. Forslund*
                                         JACQUELINE A. FORSLUND
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

                                                     **ORDER**

IT IS SO ORDERED.

**Dated:**   **February 4, 2011**                  /s/ **Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE