# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GLENN V. WHITSETT,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>  Defendant | Case No.: CV 10-1070 SKO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

TO THE HONORABLE SHEILA K. OBERTO, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which Plaintiff must file his opening brief from April 3, 2013, to and including April 17, 2013.  Defendant then shall file her responsive brief by no later than May 22, 2013, and Plaintiff will file any reply brief by June 6, 2013.

Counsel for plaintiff has caused the need for this request.  Counsel for plaintiff has had to assume a greater workload as a result of an emergency to a fellow associate in his firm, which has caused an unforeseen substantial increase in

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

the workload.  Counsel for plaintiff respectfully requests the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: April 3, 2013            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff GLENN V. WHITSETT

Date:  April 3, 2013           BENJAMIN B. WAGNER
United States Attorney

BY:  /s/ *Daniel P. Talbert*
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for Defendant CAROLYN W. COLVIN
Acting Commissioner of Social Security
(Per email authorization)

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before April 17, 2013;

2. Defendant's opposition brief shall be filed on or before May 22, 2013; and

3. Plaintiff may file a reply brief on or before June 6, 2013.

IT IS SO ORDERED.

Dated:   **April 8, 2013**                    /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE